```
                     UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF OHIO
                            WESTERN DIVISION
```

IN RE:                                   :     CASE NO 16-11660
                                               CHAPTER 13
    Robert P. Weaver
                                         :     JUDGE Beth A. Buchanan

        DEBTOR
                                         :     CHAPTER 13 TRUSTEE'S APPROVAL OF
                                               APPLICATION TO INCUR DEBT
                                               FOR MOTOR VEHICLE

       The Chapter 13 Trustee approves the Application attached hereto and files it with the Court.  Payments to this new creditor are to be made outside Debtor Chapter 13 plan. Counsel should review all loan documents, all costs associated with transaction and Debtor' budget with Debtor.

       If the motor vehicle has been sold to another customer, then Debtor may purchase a vehicle of equivalent value within two weeks of the filed date of the approval.

                                    /s/    <u>Margaret A. Burks, Esq.</u>
                                        Margaret A. Burks, Esq.
                                        Chapter 13 Trustee
                                        Attorney Reg. No. OH 0030377

                                        Francis J. DiCesare, Esq.
                                        Staff Attorney
                                        Attorney Reg. No. OH 0038798

                                        Karolina F. Perr, Esq.
                                        Staff Attorney
                                        Attorney Reg No. OH 0066193

                                        600 Vine Street, Suite 2200
                                        Cincinnati, OH  45202
                                        (513) 621-4488
                                        (513) 621-2643 facsimile

                                        [mburks@cinn13.org](mailto:mburks@cinn13.org)-correspondence only
                                        [fdicesare@cinn13.org](mailto:fdicesare@cinn13.org)
                                        [kperr@cinn13.org](mailto:kperr@cinn13.org)

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Approval was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on February 3, 2017 addressed to:

Mr. Robert P. Weaver
244 Count Fleet Lane
Harrison OH 45030

DriveTime
5910 Dixie Highway
Fairfield, OH 45014-4208

                                                    /s/    Margaret A. Burks, Esq.
                                                               Margaret A. Burks, Esq.